UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Charles H. Emery</u>

      v.                                                  Civil No. 10-cv-511-JL

<u>US Social Security Administration, Commissioner</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated February 14, 2011, no objection having been filed.

    SO ORDERED.

March 11, 2011                        _____
                                              Joseph N. Laplante
                                              United States District Judge

cc:  Janine Gawryl, Esq.
     T. David Plourde , Esq.